James P. Baker (SBN: 096302)
jpbaker@winston.com
Nisha S. Patel (SBN: 268234)
napatel@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Plaintiff

GRANTED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FIKE, | Case No. CV 11-3277 MEJ |
| Plaintiff, | |
| v. | |
| THE OKONITE COMPANY, INC. EMPLOYEES' STOCK OWNERSHIP PLAN; ADMINISTRATIVE COMMITTEE FOR THE OKONITE COMPANY, INC. EMPLOYEES' STOCK OWNERSHIP PLAN; THE OKONITE COMPANY, INC.; DAVID J. SOKIRA, and DOES 1-10 | **NOTICE OF DISMISSAL** |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff hereby dismisses this action in its entirety with prejudice.

Dated: September 7, 2011          WINSTON & STRAWN LLP


By:  /s/ James P. Baker
           James P. Baker

Attorneys for Plaintiff

1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**CERTIFICATE OF SERVICE BY FIRST-CLASS MAIL**

Case No. ** CV 11-3277 MEJ **

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California, by Winston & Strawn LLP. My business address is 101 California Street, 39th Floor, San Francisco, CA 94111-5802.

On September 7, 2011, in the County of San Francisco, California, I served the following document or documents:

NOTICE OF DISMISSAL

by placing a copy thereof in an envelope or envelopes addressed as follows:

Bill Hake, Esq.
Cooley Manion Jones Hake Kurowski LLP
201 Spear St. 18th Floor
San Francisco CA 94105
Email: BHake@cmjhklaw.com

On that date, I sealed the envelope and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2011.

Signed: _Virginia M. Aldajani_

Type or Print Name: _Virginia M. Aldajani_

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802